RUDOLPH FEUEREISEN REALTY CORPORATION, Respondent, v. CHARLES BRANDT, JR., as Administrator, etc., of RUDOLPH FEUEREISEN, Deceased, LEO FEUEREISEN,

JEANETTE KURINSKY and YETTA FEUEREISEN, Appellants, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.